## CALLENDER ET AL. *v.* FLORIDA.

No. 58. Decided April 26, 1965.

*Carl Rachlin* and *Floyd McKissick* for petitioners.

*James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgments are reversed. *Boynton* v. *Virginia,* 364 U. S. 454, *Abernathy* v. *Alabama, ante,* p. 447.